# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-1461 MRW | Date | April 19, 2016 |
|---|---|---|---|
| Title | Dbest Products v. Nordic Group of Companies | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   ORDER RE: NOTICE OF DISMISSAL

   Plaintiff filed a notice of dismissal in this case. (Docket # 10.)  This action is dismissed in its entirety without prejudice.